IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN  DIVISION


ROSSTON NICHOLAS QUICK                                              PLAINTIFF


VERSUS                                        CIVIL ACTION NO.  2:16-cv-167- KS-MTP


ALEX HODGE, et al                                                  DEFENDANTS


ORDER

This cause came on this date to be heard upon the Report and Recommendation of the

United States Magistrate Judge entered herein on January 22, 2018, after referral of hearing by

this Court, no objections having been filed as to the Report and Recommendation, and the Court,

having fully reviewed the same as well as the record in this matter, and being duly advised in the

premises, finds that said Report and Recommendation should be adopted as the opinion of this

Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same

hereby is, adopted as the finding of this Court, and that defendants' Motions [72] and the [74] for

Summary Judgment are GRANTED. Plaintiff's Motion [56] to Amend is DENIED.  The

Complaint herein is hereby dismissed without prejudice. A separate judgment will be entered

herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil

Procedure.

SO ORDERED, this the    12th    day of February, 2018.


                                             s/Keith Starrett
                                             UNITED STATES DISTRICT JUDGE